```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :

OHIO SECURITY INSURANCE           :
COMPANY;                                       :

                                                     :
                                     Plaintiff,   :               1:22-cv-2165-GHW
                                                     :
                 -against-                 :               <u>ORDER</u>
                                                     :
180 MAIDEN LANE CHEFSCAPE LLC,   :
                                                     :
                                     Defendant. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 8, 2022, the Court held a conference to discuss the parties' request that the Court "so order" their stipulation. For the reasons articulated on the record during that conference, that request is denied.

SO ORDERED.

Dated: June 8, 2022
New York, New York
                                                        GREGORY H. WOODS
                                                      United States District Judge